IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY D. BASS, #178135,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 14-0521-CG-B |
| **JESSE W. WILSON, et al.** : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the alternative Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be dismissed with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Bass' claims fail to state a claim upon which relief can be granted.

**DONE and ORDERED** this 10th day of August, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE