IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RODNEY D. BASS, #178135,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-0521-CG-B |
| **JESSE W. WILSON, et al.** | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Order entered this dated, it is **ORDERED, ADJUDGED, and DECREED** that this action be **DISMISSED with prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Bass' claims fail to state a claim upon which relief can be granted.

**DONE and ORDERED** this 10th day of August, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE